**Stephen BOGOVICH, Plaintiff– Appellant,**

v.

**John BATTALINO; et al., Defendants– Appellees.**

No. 01–56592.

D.C. No. CV–96–02739–SVW.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 10, 2003.*

Decided Feb. 13, 2003.

Before LEAVY, FERNANDEZ, and BERZON, Circuit Judges.

MEMORANDUM **

Stephen L. Bogovich, a California state prisoner, appeals pro se the district court's summary judgment in favor of the defendants in his 42 U.S.C. § 1983 action alleging that prison officials were deliberately indifferent to his medical needs in violation of the Eighth Amendment. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo the district court's sum-

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

mary judgment, *Frost v. Agnos,* 152 F.3d 1124, 1128 (9th Cir.1998), and we affirm.

Summary judgment was proper because Bogovich failed to raise a genuine issue of material fact as to whether prison officials acted with deliberate indifference in diagnosing and treating his back condition. *See id.* at 1130. Bogovich's disagreement as to his treatment plan does not rise to an Eighth Amendment violation. *See Jackson v. McIntosh,* 90 F.3d 330, 332 (9th Cir.1996).

**AFFIRMED.**

** This disposition is not appropriate for publication and may not be cited to or by the